JACOB W. MITCHELL, *Respondent, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EDWARD B. LONG, *Respondent, v.* ST. JOHN CROFT, *Appellant.* — Order affirmed, with ten dollars costs and printing.

JOHN L. PERRY, Jr., *Executor, etc., Appellant, v.* THE COMMUNITY OF SISTERS, ETC., *Respondents.* — Motion denied, without costs.

ST. LAWRENCE UNIVERSITY, *Respondent, v.* STEPHEN ROOD and others, *Appellants.* — Judgment affirmed, with costs.

CALVIN P. WOOD, *Respondent, v.* HOFFMAN FIRE INSURANCE COMPANY, *Appellant.* — Judgment and order affirmed, with costs.

WILSON McKEEVER, *Appellant, v.* SAMUEL R. FOLLETT, *Respondent.* — Judgment affirmed, with costs on authority of 18 Hun, 556.

HELEN M. WINNIE, *Respondent, v.* WARREN FERRIS and others, *Appellants.* Judgment affirmed, with costs.

ALICE L. HAWVER, *Respondent, v.* ELBERT RICHARDS, *Appellant.*— Judgment affirmed, with costs.

IN THE MATTER OF THE ACCOUNTING OF WILLIAM DEY ERMAND, *as Executor, etc.* — Motion denied, with ten dollars costs.